# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEROY G. WILSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-0300-CG-C** |
| | ) | |
| **BP EXPLORATION &** | ) | |
| **PRODUCTION INC., <u>et al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Plaintiff having filed a Voluntary Motion to Dismiss on January 13, 2016 (Doc. 48), in which Plaintiff's counsel represents that counsel for the Defendants consent to the motion, this action is hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.   Each party shall bear his or its own costs.

**DONE** and **ORDERED** this the 28th day of January, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE